**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**WILLIE FRED BAUCHAM,**

     **Plaintiff,**

**vs.**                             **Case No. 4:10cv263-MP/WCS**

**MIKE MOCK, SHERIFF,
et al.,**

     **Defendants.**

_____/

**REPORT AND RECOMMENDATION**

Plaintiff, who is no longer *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983, doc. 9, has filed a response, doc. 34, to the motion to dismiss filed by Defendant Franklin County on March 28, 2011.  Doc. 30.

Franklin County asserts dismissal is appropriate because the complaint "fails to make any allegation against the County and fails to seek any judicial relief against the County."  Doc. 30.  Furthermore, Franklin County asserts that the Sheriff of the County exercises criminal search and arrest powers, not the County, as the County is not a law enforcement agency that carries out those duties.  *Id.*  Thus, because the Sheriff is a separate and distinct legal entity, Franklin County seeks dismissal with prejudice.  *Id.*

Plaintiff submits in response to the motion to dismiss "that under the current and alleged factual basis" of the complaint, Franklin County "does not appear to have liability in this case."  Doc. 34, p. 2.  Plaintiff does not dispute Franklin County's assertion that the second amended complaint, doc. 9, contains no factual allegations against this Defendant.  Plaintiff requests, however, that discovery may provide "facts that would alter the current analysis."  That is the most appropriate course of action.  It is reasonably foreseeable that discovery will not produce evidence to support a claim against the County, but that is unknown at this time. The motion to dismiss, doc. 30, should be granted, but without prejudice and subject to the requirements of the Initial and Final Scheduling Orders and Rule 15 for amendment of the complaint to reinstate the claim against the County.

In light of the foregoing, it is respectfully **RECOMMENDED** that Defendant Franklin County's amended motion to dismiss, doc. 30, be **GRANTED** and Franklin County be **DISMISSED without prejudice**, and this case be **REMANDED** for further proceedings.

**IN CHAMBERS** at Tallahassee, Florida, on May 12, 2011.

 s/      William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.
UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**