IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIE FRED BAUCHAM,

    Plaintiff,

v.                                                      CASE NO. 4:10-cv-00263-MP-WCS

CITY OF APALACHICOLA, FRANKLIN COUNTY, GARY HUNNINGS, VAN JOHNSON, KIT MASHBURN, MIKE MOCK, ROBERT SHELLEY, BOBBY VARNES, JIM WATKINS ,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 47, Joint Report of Rule 26(f) Planning Meeting, in which the parties agree to all deadlines. The Joint Report is adopted, and the Clerk is directed to set the appropriate deadlines therefrom.

**DONE AND ORDERED** this  *26th* day of July, 2011

*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge