IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIE FRED BAUCHAM,

    Plaintiff,

v.                                          CASE NO. 4:10-cv-00263-MP-WCS

MIKE MOCK, SHERIFF,
et al.,

    Defendants.

_____/

## **O R D E R**

    This matter is before the Court on Doc. 63, Motion to Compel by Jim Watkins. Defendant Watkins moves the Court for an order compelling plaintiff to respond to his request for production and for such other relief as the Court deems appropriate, including, but not limited to, an award of costs and attorney's fees incurred in bringing this matter before the Court.  Defendant Watkins acknowledges that the plaintiff has responded to his interrogatories and the request for production of a co-defendant but has not responded to his request for production.

    The plaintiff has responded and states that on November 23, 2011, he served his response to defendant Watkins request for production.  The plaintiff also states that the delay in producing the documents, which were the same as those produced in response to the co-defendant's request for production, was due to an inadvertent oversight. Furthermore, the plaintiff states that his failure to respond to defendant Watkins's communications were due to the departure of one of his staff members.  However, since the response to defendant Watkins request for production was provided after the motion was filed, the plaintiff shall pay defendant Watkins's reasonable expenses incurred in

making the motion, including attorney's fees, pursuant to Rule 37(a)(5)(A) of the Federal Rules of Civil Procedure.

 Accordingly, it is now **ORDERED** as follows:

 1. Defendant Watkins's motion to compel, Doc. 63, is DENIED as moot.

 2. The plaintiff shall pay defendant Watkins's reasonable expenses incurred in making the motion, including attorney's fees.

 3. The defendant shall file a request for all reasonable expenses incurred in making the motion, including attorney's fees, on or before December 16, 2011.

 **DONE AND ORDERED** this 2nd day of December, 2011.

 *s/ Gary R. Jones*
 GARY R. JONES
 United States Magistrate Judge