IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIE FRED BAUCHAM,

    Plaintiff,

vs.                                    CASE NO.: 4:10CV-00263-MP/WCS

MIKE MOCK, SHERIFF,
et al.,

    Defendants.
_____/

## MOTION FOR ATTORNEY'S FEES OF DEFENDANT JIM WATKINS WITH AFFIDAVIT OF COUNSEL AND CERTIFICATE OF COMPLIANCE

Defendant, JIM WATKINS, by and through undersigned counsel, and in compliance with this Court's Order of December 5, 2011 (Doc.68) moves this Court for the entry of an order awarding Defendant attorney's fees and for such other relief as this Court deems appropriate, and in support thereof would show:

1.    As set forth in Defendant's original motion (Doc. 63), Defendant propounded upon Plaintiff discovery pursuant to the applicable Federal Rules of Civil Procedure that Plaintiff failed to respond to in a timely manner, despite extensions of time and multiple requests and reminders by Defendant's counsel.

2.    Plaintiff did not respond to Defendant's discovery request until after Defendant's filing of a motion to compel.

3.    As a result, this Court entered an Order on December 5, 2011, finding Defendant's motion to be moot, but granting Defendant's request for attorney's fees, pursuant to the provisions of Rule 37, Federal Rules of Civil Procedure. (Doc.68)

4.    In compliance with that Order, Defendant requests attorney's fees in the amount of

$195 based upon the Affidavit attached hereto as Exhibit A.

## CERTIFICATE OF COMPLIANCE

5. Undersigned counsel has contacted opposing counsel with regard to this motion and represents to the Court that Plaintiff's attorney does not oppose the relief sought.

Dated this 14th day of December 2011.

*s/ Keith C. Tischler*
**KEITH C. TISCHLER, ESQUIRE**
Florida Bar No. 0334081
**JOLLY & PETERSON, P.A.**
2145 Delta Blvd., Suite 200
Tallahassee, Florida 32303
Post Office Box 37400
Tallahassee, FL 32315
(850) 422-0282
(850) 422-1913 (Facsimile)

Attorney for Defendant Jim Watkins

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been sent via United States Mail Certified to Frederick J. Gant, 322 West Cervantes Street, Pensacola, Florida 32501 and to Gwendolyn P. Adkins, 1319 Thomaswood Drive, Tallahassee, Florida, 32308 this 14th day of December 2011.

*s/ Keith C. Tischler*

**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIE FRED BAUCHAM,

    Plaintiff,

vs.   CASE NO.: 4:10CV–00263-MP/WCS

MIKE MOCK, SHERIFF,
et al.,

    Defendants.
_____/

## AFFIDAVIT OF KEITH C. TISCHLER

STATE OF FLORIDA
COUNTY OF LEON

    BEFORE ME, the undersigned authority, personally appeared Keith C. Tischler, who was duly sworn and says:

    1.    I am an attorney licensed to practice law in the State of Florida, having been so licensed since 1981. I am admitted to practice law in each of the United States District Courts for the State of Florida and in the United States Court of Appeals for the Eleventh Circuit. I presently practice law with the firm of Jolly & Peterson, P.A., specializing in the defense of claims against government entities and officers, particularly those involving Sheriffs and their deputy sheriffs and employees. I have worked in this field since 1981.

    2.    I have been retained by the Franklin County Sheriff to provide legal representation in defense of the claims brought by the Plaintiff herein. In defense of that case, I have engaged in tasks related to that defense, including legal research, the conducting of discovery, the preparation of pleadings and motions, and otherwise defending this case.

3. Pursuant to this firm's agreement with the Defendant, the billing rates for this office to the Sheriff was $150.00 per hour for attorney time expended in defense of this case. 4. The total number of hours expended in attempting to obtain discovery responses from Plaintiff and in preparing and filing Defendant's Motion to Compel that is the subject of this Court's December 5, 2011, Order (Document 68) is 1.3 hours, itemized as follows:

| Date | Description |
|---|---|
| **09/25/2011** | Prepare communication to Plaintiff's attorney regarding outstanding discovery (0.1). |
| **09/28/2011** | Prepare communication to Plaintiff's attorney regarding outstanding discovery (0.1). |
| **10/03/2011** | Review of communication from Plaintiff's attorney assistant re outstanding discovery; Prepare communication to Plaintiff's attorney regarding same discovery (0.1). |
| **10/11/2011** | Review of communication from Plaintiff's attorney assistant re outstanding discovery; Prepare communication to Plaintiff's attorney regarding same discovery (0.1). |
| **11/01/2011** | Review of discovery responses from Plaintiff (0.1); Prepare communication to Plaintiff's attorney regarding outstanding discovery (0.1). |
| **11/08/2011** | Prepare motion to compel discovery (0.2); |
| **11/28/2011** | Review of response from Plaintiff to motion to compel discovery (0.1); |
| **12/05/2011** | Review order on motion to compel discovery responses from Plaintiff (0.1); |

| | |
|---|---|
| **12/09/2011** | Prepare motion for attorney's fees and Affidavit; review file and billing records for same (.3). |

Calculated at the hourly rates set forth above, the total sum billed to and paid by the Defendant for legal services related to Defendant's motion to compel is **$195.00**.

FURTHER AFFIANT SAYETH NOT.

_____
KEITH C. TISCHLER

Sworn to and subscribed before me this 14th day of December 2011.

_____
NOTARY PUBLIC
State of Florida

My Commission Expires:

CATHY SLEETH
Commission # EE 118052
Expires November 29, 2015
Bonded Thru Troy Fain Insurance 800-385-7019

PRINT, TYPE OR STAMP COMMISSIONED NAME OF NOTARY PUBLIC

PERSONALLY KNOWN: __XX__ OR _____ PRODUCED IDENTIFICATION