IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIE FRED BAUCHAM,

    Plaintiff,

v.                                 CASE NO. 4:10-cv-00263-MP-WCS

MIKE MOCK, et al.,

    Defendants.

_____/

**O R D E R**

    This matter is before the Court on Doc. 71, Motion for Attorney Fees by Jim Watkins. On December 2, 2011, the Court denied defendant Watkins's motion to compel as moot. However, since the response to defendant Watkins's request for production was provided after the motion to compel was filed, the Court ordered plaintiff to pay defendant Watkins's reasonable expenses incurred in making the motion, including attorney's fees, pursuant to Rule 37(a)(5)(A) of the Federal Rules of Civil Procedure. The plaintiff has no objection to the instant motion for attorney's fees.

    Accordingly, it is now **ORDERED** as follows:

    1.    Defendant Watkins's motion for attorney fees is GRANTED.

    2.    The plaintiff is directed to pay defendant Watkins $195.00, pursuant to Rule 37(a)(5)(A) of the Federal Rules of Civil Procedure.

    **DONE AND ORDERED** this 15th day of December, 2011.

                                     *s/ Gary R. Jones*
                                     GARY R. JONES
                                     United States Magistrate Judge